This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**AMERICAN REDI MIX, LLC,**

Plaintiff-Appellee,

**v.**                                        **No. 35,892**

**ROGELIO JUAREZ,**
**Individually and d/b/a**
**R&R CONCRETE, INC.,**
**A New Mexico corporation,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Manuel I. Arrieta, District Judge**

Melissa J. Reeves, P.C.
Melissa J. Reeves-Evins
Las Cruces, NM

for Appellee

Herman E. Ortiz
Mesilla Park, NM

for Appellants

**MEMORANDUM OPINION**

**HANISEE, Judge.**

{1}     Following a bench trial, Defendants Rogelio Juarez and R&R Concrete, Inc. appeal from the district court's order granting judgment in favor of Plaintiff American Redi Mix, LLC. This Court issued a calendar notice proposing to affirm. Plaintiff filed a timely memorandum in support of our proposed summary affirmance. Defendants did not file a memorandum in opposition. Accordingly, for the reasons stated in our notice of proposed disposition, we affirm.

{2}     **IT IS SO ORDERED.**

_____
**J. MILES HANISEE, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Chief Judge**

_____
**M. MONICA ZAMORA, Judge**